Request for Jurisdiction Transfer  February 24, 2025
Name of Offender: Desiree Hernandez

| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:15-CR-00688-DSF-5 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| | 2:25-cr-00053-RFB-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ms. Desiree Hernandez | Central District of California | Western |
| | **NAME OF SENTENCING JUDGE** Dale S. Fischer | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** May 23, 2022   **TO** May 22, 2030 |

**OFFENSE**
18 U.S.C. § 1962(d): Racketeer Influenced & Corrupt Organizations Conspiracy (Count 1)
18 U.S.C. § 1962(c): Racketeer Influenced & Corrupt Organizations (Count 2)
21 U.S.C. § 846, 841(a)(1): Conspiracy to Possess with Intent to Distribute & Distribute Methamphetamine (Count 5)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The supervisee has resided in the D/ NV since March 7, 2023, & has no plans to return to CD/CA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District o Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 24, 2025                                *signed* Dale S. Fischer
Date                                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                         DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/17/2025                                             *signed*
Effective Date                                       United States District Judge